# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE LEWIS**, | **CIVIL ACTION** |
| Plaintiff, | |
| v. | **NO. 21-1202-KSM** |
| **COMMISSIONER OF SOCIAL SECURITY**, | |
| Defendant. | |

## ORDER

**AND NOW** this 18th day of April, 2022, upon consideration of the Report and Recommendation of Magistrate Judge Scott W. Reid (Doc. No. 17), Plaintiff's objections to the Report and Recommendation (Doc. No. 18), and Defendant's response to Plaintiff's objections (Doc. No. 19), it is **ORDERED** that the Report and Recommendation is **ADOPTED** in its entirety. Plaintiff's Request for Review (Doc. No. 1) is **DENIED**, and **JUDGMENT** is entered in favor of the Commissioner. The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.